IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | Case No. 3:07-CV-217 |
| | : | |
| PLAINTIFF, | : | Judge Walter Herbert Rice |
| v. | : | |
| | : | |
| 9520 CUTLER TRACE, DAYTON OHIO 45458, et al | : | |
| | : | |
| DEFENDANTS. | : | |

### ORDER LIFTING STAY FOR LIMITED PURPOSE OF ENTERING JUDGMENT ON THE PLEADINGS AGAINST DEFENDANT OAK HILL BANK ACCOUNT #1445

This matter is before the Court upon the United States' Motion To Lift Stay for the Limited Purpose of Entering the Judgment and Decree of Forfeiture against the Defendant Oak Hill Bank Account #1445.

IT IS HEREBY ORDERED THAT:

The United States' Motion To Lift Stay is granted, and the Stay shall be lifted for the limited purpose of entering the above referenced order.

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT COURT JUDGE