UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> Plaintiff, | CASE NO. 3:07-CV-217 |
| : | |
| v. : <br> 9520 CUTLER TRACE, DAYTON, <br> OHIO 45458, et al. : | Judge Walter Herbert Rice |
| : | |
| Defendants. | |

### JUDGMENT AND DECREE OF FORFEITURE AGAINST DEFENDANT (8) OAK HILL ACCOUNT #1445, IN THE NAME OF MICHAEL E. PEPPEL, IN THE AMOUNT OF $6,439.55, ALL CONTENTS

This is a civil forfeiture action, filed on June 14, 2007, in which the United States seeks the forfeiture of the Defendant Oak Hill Account #1445,(hereinafter the Defendant account) in the name of Michael E. Peppel, in the amount of $6,439.55, all contents, pursuant to 18 U.S.C. §981(a)(1)(A) and (C).

On September 12, 2012, a Motion for Judgment on the Pleadings and Decree of Forfeiture against Defendant Oak Hill Account #1445, in the name of Michael E. Peppel, in the amount of $6,439.55, all contents, was filed by the United States. (Doc. #52).

It appearing to the Court from the pleadings that the sole claimant to the Defendant account was Michael E. Peppel, and on August 11, 2010 in the United States v. Michael E. Peppel, Case No. 3:06CR0196, the Claimant, Michael E. Peppel agreed to the forfeiture of the Defendant account and the United States is entitled to Judgment on the Pleadings and a Decree of Forfeiture against Defendant Oak Hill Account #1445, in the name of Michael E. Peppel, in the amount of $6,439.55, all contents;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant Oak Hill Account #1445, in the name of Michael E. Peppel, in the amount of $6,439.55, all contents is hereby forfeited to the United States pursuant to 18 U.S.C. §981(a)(1)(A) and (C), and the United States shall dispose of the Defendant in accordance with law.

Dated: 9-13-12

WALTER HERBERT RICE
U.S. DISTRICT COURT JUDGE