UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA :
    Plaintiff,                    CASE NO. 3:07-CV-217
                                        :
v.                                         Judge Walter Herbert Rice
9520 CUTLER TRACE, DAYTON,   :
OHIO 45458, et al.
                                          :
    Defendants.

## JUDGMENT AND DECREE OF FORFEITURE
## AGAINST DEFENDANT (8) OAK HILL ACCOUNT #1445, IN THE NAME OF
## MICHAEL E. PEPPEL, IN THE AMOUNT OF $6,439.55, ALL CONTENTS

This is a civil forfeiture action, filed on June 14, 2007, in which the United States seeks the forfeiture of the Defendant Oak Hill Account #1445,(hereinafter the Defendant account) in the name of Michael E. Peppel, in the amount of $6,439.55, all contents, pursuant to 18 U.S.C. §981(a)(1)(A) and (C).

On September 12, 2012, a Motion for Judgment on the Pleadings and Decree of Forfeiture against Defendant Oak Hill Account #1445, in the name of Michael E. Peppel, in the amount of $6,439.55, all contents, was filed by the United States. (Doc. #52).

It appearing to the Court from the pleadings that the sole claimant to the Defendant account was Michael E. Peppel, and on August 11, 2010 in the <u>United States v. Michael E. Peppel</u>, Case No. 3:06CR0196, the Claimant, Michael E. Peppel agreed to the forfeiture of the Defendant account and the United States is entitled to Judgment on the Pleadings and a Decree of Forfeiture against Defendant Oak Hill Account #1445, in the name of Michael E. Peppel, in the amount of $6,439.55, all contents;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant Oak Hill Account #1445, in the name of Michael E. Peppel, in the amount of $6,439.55, all contents is hereby forfeited to the United States pursuant to 18 U.S.C. §981(a)(1)(A) and (C), and the United States shall dispose of the Defendant in accordance with law.

Dated: 9-13-12

*[signature]*
WALTER HERBERT RICE
U.S. DISTRICT COURT JUDGE